**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7823

MOSES FAISON,

Plaintiff - Appellant,

versus

OFFICER DEAL,

Defendant - Appellee,

and

SUPERINTENDENT WHITENER,

Defendant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Graham C. Mullen, Senior District Judge.  (5:06-cv-00050)

Submitted:  June 15, 2007        Decided:  June 25, 2007

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Moses Faison, Appellant Pro Se.  James Philip Allen, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moses Faison appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Faison v. Deal</u>, No. 5:06-cv-00050 (W.D.N.C. Sept. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>